IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

|  |  |  |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Plaintiff-Appellant, | ) ) | Case No. 23-2850 |
| vs. | ) ) | |
| NOOTER, LLC, ET AL. | ) ) | |
| Defendants-Appellees. | ) | |

**<u>Unopposed Second Motion to Extend Time to File Brief</u>**

Appellant Evanston Insurance Company requests a 30-day extension of time to file its appellant's brief and appendix, to and including January 19, 2023. Counsel for Defendants-Appellees Nooter, LLC, et al., have stated that they do not oppose the requested extension of time.

In support, Evanston states as follows:

1. After one 30-day extension, Evanston's brief and appendix are currently due on December 20, 2023.

2. Additional time is necessary to prepare and file Evanston's brief and appendix due to the Thanksgiving holiday and counsels' representation of clients in other cases.

3.     Specifically, the parties in this action participated in a two-day mediation on November 20–21, 2023, and another mediation session on December 6, 2023.  In addition, undersigned counsel prepared and filed post-trial motions in *Overfield v. BNSF Railway*, Case No. 1922-CC00078 on November 20, 2023, and prepared for and participated in a hearing on those motions on December 15, 2023.  Counsel also participated in a full-day mediation at the Missouri Court of Appeals in *Adams v. Certain Underwriters,* No. ED 111744, on December 13, 2023.

4.     This motion is unopposed.  Counsel for Defendants-Appellees Nooter, LLC, et al., have told the undersigned that they do not oppose the requested extension of time.

WHEREFORE, Appellant Evanston Insurance Company requests a 30-day extension of time to file its appellant's brief and appendix, to and including January 19, 2023.

2

By: s/ *Paul L. Brusati*

Thomas B. Weaver    #29176MO
Patrick Kenny       #38032MO
Jeffery T. McPherson#42825MO
Paul L. Brusati      #67975MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
tweaver@atllp.com
pkenny@atllp.com
jmcpherson@atllp.com
pbrusati@atllp.com

3

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of FRAP 27(d)(2) because this document contains 235 words excluding the parts of the document exempted by FRAP 32(f).

This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

s/ *Paul L. Brusati*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ *Paul L. Brusati*

Appellate Case: 23-2850   Page: 4   Date Filed: 12/18/2023 Entry ID: 5345514